Nos. 2118 and 2119. PEOPLE v. LACEN.—Petty larceny. Decided November 12, 1923.

No. 3060. CARRASQUILLO, APPELLANT, v. MARTÍNEZ ET AL., APPELLEES.—Memorandum of costs. District Court of. Humacao. Decided November 27, 1923.

No. 2902. BOSTICK, APPELLANT-APPELLEE, v. ROJAS, APPELLEE-APPELLANT.—District Court of Humacao. Decided November 19, 1923.

No. 3201. GUERRA, APPELLANT, v. RAMÍREZ ET AL., APPELLEES.—Second District Court of San Juan. Decided December 3, 1923.

No. 3143. ORTIZ, APPELLEE, v. MANJON ET AL., APPELLANTS. —District Court of Guayama. Decided December 10, 1923.

No. ——. SILVA, APPELLEE, v. ALONSO RIERA & Co., INC., APPELLANT.—First District Court of San Juan. Decided December 15, 1923.

No. 2218. PEOPLE v. PÉREZ.—District Court of Aguadilla. Assault with intent to kill. Decided December 15, 1923.

No. 2226. PEOPLE v. PARRILLA.—Adulteration of milk. First District Court of San Juan. Decided January 11, 1924.

No. 1994. PEOPLE v. SAN JUAN BAKERY, INC.—Violation of the Weights and Measures Act. First District Court of San Juan: Decided January 14, 1924.

No. 2231. PEOPLE v. HERNÁNDEZ.—Seduction. District Court of Aguadilla. Decided January 15, 1924.

Nos. 3238 and 3239. FILIPPI, APPELLEE, v. TORRES, APPELLANT.—District Court of Ponce. Damages. Decided January 10, 1924.

No. 3232. RINCÓN, APPELLEE, v. DUEÑO, APPELLANT.— Divorce. First District Court of San Juan. Decided January 11, 1924.

No. 3246. GARCÍA, APPELLEE, v. MAS, APPELLANT.—Debt. District Court of Humacao. Decided January 17, 1924.

No. 215. OLIVIERI ET AL., PETITIONERS, v. DISTRICT COURT OF PONCE.—Mandamus. Decided January 18, 1924.